THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Dennis Martin, et. al,

      Plaintiffs,

v.                                                                            No. 25-CV-13254-DJC

Shawn Jenkins, et. al,

      Defendants

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), the undersigned hereby withdraws his notice of appearance in the above matter, on account of his retirement from the law firm that represents the Plaintiff.  The law firm will continue its representation of the Plaintiff, including Alan J. McDonald, who is authorized to receive all notices in this case.

Respectfully submitted,

For the Plaintiffs,

By their attorneys,

*/s/ James F. Lamond*
James F. Lamond, BBO #544817
McDonald Lamond Canzoneri LLC
352 Turnpike Street, Suite 210
Southborough, MA  01772-1756
jlamond@masslaborlawyers.com
(508) 485-6600

Dated:  July 14, 2026

**CERTIFICATE OF SERVICE**

I, James F. Lamond, hereby certify that I have this day via the Electronic Case File system, served a copy of the forgoing Notice Of Withdrawal Of Appearance upon opposing counsel of record James F. Kavanaugh. Esq. (james.kavanaugh@state.ma.us).

*/s/ James F. Lamond*
James F. Lamond

Dated:  July 14, 2026